Commonwealth ex rel. Smith, Appellant, v.
Cavell.

Submitted November
8, 1965. *Charles H. Smith,* appellant, in propria persona; *William D. Phillips,* Assistant District Attorney, and *Harold V. Fergus,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Stauffer, Appellant, v.
Russell.

Submitted November
8, 1965. *James Stauffer,* appellant, in propria persona; *Anthony J. Bonadio,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Strowder, Appellant, v.
Botula.

Submitted November 8, 1965.
*James Strowder,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.
Order affirmed.